UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON HAZZARD,

    Plaintiff,                             Case No. 13-cv-10038

v.                                           HONORABLE STEPHEN J. MURPHY, III

SCHLEE & STILLMAN, LLC,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document
no. 18) **AND GRANTING MOTION FOR ATTORNEY'S FEES** (document no. 13)

    The parties resolved this Fair Debt Collection Practices Act case by agreeing to a statutory damages award of $1,000 plus costs and attorney's fees. On a motion for costs and attorney's fees, the presiding magistrate judge recommended that the Court award the plaintiff $2,257.00 in costs and attorney's fees. No party has filed timely objections to the magistrate's report and recommendation ("Report"). *See* Fed. R. Civ. P. 72(b)(2). Although a court must review timely objections to a magistrate judge's report and recommendation, a court may adopt, reject, or amend the portions of a report and recommendation to which no party properly objects. *See* Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Having reviewed the Report, the Court will adopt it and grant the plaintiff's motion for costs and attorney's fees in the amount of $2,275.00.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report (document no. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion for costs and attorney's fees (document no. 13) is **GRANTED** in the amount of $2,275.00.

**SO ORDERED**.

                                            s/Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: February 18, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2014, by electronic and/or ordinary mail.

                                            s/Carol Cohron
                                            Case Manager